Rudy HARIANTO, Petitioner,

v.

Alberto R. GONZALES, Attorney
General, Respondent.

No. 04–2163.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 18, 2005.

Decided March 2, 2005.

H. Raymond Fasano, Madeo & Fasano, New York, New York, for Petitioner. Peter D. Keisler, Assistant Attorney General, M. Jocelyn Lopez Wright, Office of Immigration Litigation, W. Lindsey Wilson, United States Department of Justice, Washington, D.C., for Respondent.

Before LUTTIG, TRAXLER, and DUNCAN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Rudy Harianto, a native and citizen of Indonesia, petitions for review of an order of the Board of Immigration Appeals ("Board") denying his motion to reopen immigration proceedings. We have reviewed the record and the Board's order and find no abuse of discretion. Accordingly, we deny the petition for review for the reasons stated by the Board. *See In re: Harianto*, No. A79–318–272 (B.I.A. Aug. 26, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*